UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY GIBSON,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>HAGERTY INSURANCE AGENCY, et al.,<br><br>　　　　Defendants.<br>_____<br>HAGERTY INSURANCE AGENCY, LLC and ESSENTIA INSURANCE COMPANY,<br><br>　　　　Defendants/Cross-Complainants,<br><br>　　　　v.<br><br>RAY GIBSON, JUDY SLACK and ROES 1 through 10,<br><br>　　　　Cross-Defendants. | Case No. 1:16-cv-00677-DAD-BAM<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>**Date:**　　　**September 1, 2016**<br>**Time:**　　　**9:30 a.m.**<br>**Courtroom:**　**8 (BAM)**<br><br>ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINE FORMS |

　　　　The Court convened an initial scheduling conference on August 10, 2016. Plaintiff/Cross Defendant Ray Gibson, proceeding pro se, appeared by telephone. Cross Defendant Judy Slack, proceeding pro se, appeared by telephone. Counsel Alicia Gurries appeared by telephone on behalf of Defendants/Cross Complainants Hagerty Insurance Agency and Essentia Insurance Company. During

1

the conference, the parties discussed Plaintiff/Cross Defendant Gibson's mental and physical status, along with efforts by Plaintiff/Cross Defendant Gibson and Cross Defendant Slack to retain legal counsel. Based on this discussion, the Initial Scheduling Conference is HEREBY CONTINUED to **September 1, 2016, at 9:30 a.m. in Courtroom 8 (BAM)** before the undersigned. The parties may appear telephonically at the conference by arranging a one-line conference call prior to calling chambers at 559-499-5789. The parties are not required to submit an amended joint scheduling conference report.

Additionally, the parties have represented that they would consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1). Accordingly, **no later than August 31, 2016**, the parties are ORDERED to file their consent forms indicating whether they consent to the jurisdiction of the United States Magistrate Judge. The Clerk of the Court is directed to send consent/decline forms to Plaintiff/Cross Defendant Ray Gibson and Cross Defendant Judy Slack.

IT IS SO ORDERED.

Dated: **August 10, 2016**         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA AT FRESNO

_____

**Plaintiff(s) / Petitioner(s),**

vs.                                                                                      Case No. _____

_____

**Defendant(s) / Respondent(s).**

*IMPORTANT:   √ CHECK and SIGN ONLY ONE SECTION OF THIS FORM, THEN RETURN IT*

*BY ELECTRONIC FILING BY COUNSEL - PRO SE PLAINTIFF TO THE CLERK'S OFFICE NOT LATER THAN 20 DAYS FOLLOWING YOUR FIRST APPEARANCE, ANSWER OR RESPONSIVE PLEADING.*

☐ **CONSENT** TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Sec. 636 (c)(1), the undersigned hereby

voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Dated: _____     Signature: _____

Print Name: _____

( ) Plaintiff / Petitioner   ( ) Defendant/Respondent

( ) Counsel for * _____

☐ **DECLINE** OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, U.S.C. Sec. 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Dated: _____     Signature: _____

Print Name: _____

( ) Plaintiff / Petitioner   ( ) Defendant/Respondent

( ) Counsel for * _____

*\* If representing more than one party, counsel must indicate name of each party responding.*