UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY GIBSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HAGERTY INSURANCE AGENCY, et al.,<br><br>    Defendants.<br>_____<br><br>HAGERTY INSURANCE AGENCY, LLC<br>and ESSENTIA INSURANCE COMPANY,<br><br>    Defendants/Cross-Complainants,<br><br>    v.<br><br>RAY GIBSON, JUDY SLACK and ROES 1<br>through 10,<br><br>    Cross-Defendants.<br>_____ | Case No. 1:16-cv-00677-DAD-BAM<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>**Date:**       **October 11, 2016**<br>**Time:**       **9:00 a.m.**<br>**Courtroom:**  **8 (BAM)**<br><br>ORDER DIRECTING ATTORNEY ANTHONY T. SALAZAR TO FILE SUBSTITUTION OF ATTORNEY FORM |

    The Court convened an initial scheduling conference on September 1, 2016. Attorney Tony Salazar appeared by telephone and represented he would be substituting in for Pro Se Plaintiff/Cross Defendant Ray Gibson and Pro Se Cross Defendant Judy Slack. Counsel Alicia Gurries appeared by

1

telephone on behalf of Defendants/Cross Complainants Hagerty Insurance Agency and Essentia Insurance Company.

In light of Attorney Tony Salazar's appearance on behalf of Plaintiff Roy Gibson and Cross Defendant Judy Slack, the Court encouraged the parties to meet and confer about the status of the case and determine whether an early resolution of this matter is possible. During the conference, the parties also discussed Mr. Salazar's appearance as counsel, Magistrate Judge jurisdiction, and whether the Court should proceed with appointing a guardian ad-litem due to Mr. Gibson's advanced Alzheimer's disease. Based on this discussion, Attorney Salazar is **ORDERED** to file a substitution of attorney no later than September 8, 2016. The Court further **CONTINUES** the Initial SCHEDULING CONFERENCE to **October 11, 2016 at 09:00 AM in Courtroom 8 (BAM)** before Magistrate Judge Barbara A. McAuliffe. At the scheduling conference, counsel should be prepared to discuss whether Plaintiff still intends to consent to Magistrate Judge jurisdiction and whether the Court should appoint a guardian ad litem. A joint scheduling report is due one week before the conference.

The Clerk of the Court is directed to send this order to Plaintiff/Cross Defendant Ray Gibson and Cross Defendant Judy Slack at their address of record. The Clerk is also directed to mail a copy of this order to Attorney Anthony T. Salazar at:

>P.O. Box 728
>Angels Camp, CA 95222

IT IS SO ORDERED.

Dated: **September 2, 2016**           /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE