Irene K. Yesowitch (SBN 111575)
iyesowitch@cozen.com
Alicia M. Gurries (SBN 210225)
agurries@cozen.com
**COZEN O'CONNOR**
101 Montgomery Street, Suite 1400
San Francisco, California 94104
Tel:   415-644-0914
Fax:   415-644-0978

Attorneys for Defendants/Cross-Complainants,
HAGERTY INSURANCE AGENCY and
ESSENTIA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY GIBSON,<br><br>Plaintiff,<br><br>v.<br><br>HAGERTY INSURANCE AGENCY, a Limited Liability Corporate entity doing business in California, ESSENTIA INSURANCE COMPANY, a Corporate Entity doing business in California, And DOES 1-50,<br><br>Defendants.<br><br>HAGERTY INSURANCE AGENCY, LLC, and ESSENTIA INSURANCE COMPANY,<br><br>Defendants/Cross-Complainants,<br><br>v.<br><br>RAY GIBSON, JUDY SLACK and ROES 1 through 10.<br><br>Cross-Defendants. | Case No. 1:16-CV-00677-DAD-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>Date:   October 11, 2016<br>Time:   9:30 a.m.<br>Courtroom: 23<br>Judge:   Magistrate Judge Barbara A. McAuliffe<br><br>Complaint filed: April 7, 2016<br>Removed from State Court: May 11, 2016 |

Pursuant to Local Rule 143, the parties hereby stipulate to continue the Initial Scheduling Conference from October 11, 2016 to November 15, 2016.

**RECITALS**

WHEREAS, on September 1, 2016, Magistrate Judge Barbara McAuliffe held a telephone conference with newly retained counsel, Anthony Salazar, attorney for Plaintiff/Cross-Defendants, Ray Gibson and Judy Slack, and counsel for Defendants/Cross-Complainants, Hagerty Insurance Agency, LLC and Essentia Insurance Company.

WHEREAS, on September 6, 2016, Magistrate Judge McAuliffe ordered the continuation of the Initial Scheduling Conference to October 11, 2016 to allow newly retained counsel, Anthony Salazar, to file a substitution of attorney for Mr. Gibson and Mrs. Slack.  (Doc. No. 23.)  The Court's Order noted that the parties discussed "whether the Court should proceed with appointing a guardian ad-litem due to Mr. Gibson's advanced Alzheimer's disease".

WHEREAS, Mr. Salazar filed a substitution of attorney on September 16, 2016. (Doc. No. 24.)

WHEREAS, the Mr. Salazar has advised that he will be filing for appointment of a guardian ad-litem for Mr. Gibson but that he needs additional time.  Mr. Salazar has requested an additional three weeks to find a guardian ad-litem and file the appropriate motion with the Court.

WHEREAS, the parties agree and stipulate that the Initial Scheduling Conference be continued from October 11, 2016 to November 15, 2016, or later.

WHEREAS, the parties agree and stipulate that neither party will be prejudiced by the granting of such a continuance.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

///

///

1    IT IS SO STIPULATED.

2   Dated: October 3, 2016                        COZEN O'CONNOR

3                                                 By:    /s/ Alicia Gurries
4                                                    Irene K. Yesowitch
                                                     Alicia M. Gurries
5                                                    Attorneys for Defendants/Cross-Complainants,
                                                     HAGERTY INSURANCE AGENCY and
6                                                    ESSENTIA INSURANCE COMPANY

7

8   Dated: October 3, 2016                        LAW OFFICE OF ANTHONY SALAZAR

9                                                 By:  /s/ Anthony Salazar
10                                                   Anthony T. Salazar
                                                     Attorney for Plaintiff/Cross-Defendants, RAY
11                                                   GIBSON and JUDY SLACK

### [PROPROSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties and agree to continue the Initial Scheduling Conference. The Court further **CONTINUES** the Initial SCHEDULING CONFERENCE from October 11, 2016 to **Wednesday, November 16, 2016 at 09:30 AM** before Magistrate Judge Barbara A. McAuliffe.  A joint scheduling report is due one week before the conference.

IT IS SO ORDERED.

Dated:   **October 4, 2016**                          /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE