# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY GIBSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAGERTY INSURANCE AGENCY, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00677-DAD-BAM<br><br>ORDER TO FILE CONSENT OR DECLINE FORM OR SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY A COURT ORDER AND FOR FAILURE TO PROSECUTE THIS ACTION<br><br>(Doc. No. 54)<br><br>**FOURTEEN-DAY DEADLINE** |

　　　　On July 25, 2017, the Court held an Initial Scheduling Conference in this action. At the conference, the parties agreed to consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1). Accordingly, the Court ordered Plaintiff and Cross-Defendant Ray Gibson and Cross-Defendant Judy Slack, both of whom are represented by counsel, to file their consent forms by August 8, 2017. (Doc. No. 54.) To date, consent forms have not been filed on behalf of Mr. Gibson or Ms. Slack, and the Court has been unable to issue the Scheduling Conference Order.

　　　　Accordingly, the Court HEREBY ORDERS that within **fourteen (14) days** from the date of service of this order, Plaintiff and Cross-Defendant Ray Gibson and Cross-Defendant Judy Slack shall either:

　　　　(1) Complete and return an Order re Consent or Request for Reassignment; or

1

(2) Show cause in writing why sanctions should not be imposed for the failure to comply with a court order and the failure to prosecute this action.

**The failure to respond to this order will result in the imposition sanctions.**

IT IS SO ORDERED.

Dated: **September 1, 2017**         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE