UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY GIBSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HAGERTY INSURANCE AGENCY, et al.,<br><br>　　　　　　Defendants. | CASE No.: 1:16-cv-00677-BAM<br><br>**ORDER GRANTING MOTION TO EXTEND STAY** |

The Court, having read and reviewed Plaintiff/Cross-Defendant Ray Gibson's ex parte Motion to Extend the Stay; it is hereby ORDERED that the motion is GRANTED. The stay of proceedings in this action is hereby extended for an additional thirty (30) days, through and including May 19, 2018. Plaintiff/Cross-Defendant Ray Gibson is ORDERED to either (1) retain new counsel and file a proper notice for substitution or (2) notify the Court of Plaintiff's request to dismiss his action against Defendants on or before May 19, 2018. Plaintiff is advised, however, that given the already lengthy delay in this case, any further request for an extension of time will be denied absent a showing of good cause.

////

////

1

**The Court further CAUTIONS Plaintiff/Cross-Defendant Ray Gibson if one of these events does not occur by May 19, 2018, then the Court shall enter an order to show cause as to why the Court should not dismiss Plaintiff Ray Gibson's case in its entirety.**

IT IS SO ORDERED.

Dated: **April 19, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE