| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | **UNITED STATES DISTRICT COURT** | |
| 7 | **EASTERN DISTRICT OF CALIFORNIA** | |
| 8 | | |
| 9 | RAY GIBSON, | Case No. 1:16-cv-00677-BAM |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | HAGERTY INSURANCE AGENCY, et al., | ORDER DIRECTING DEFENDANTS HAGERTY INSURANCE AGENCY AND ESSENTIA INSURANCE AGENCY TO FILE A REPLY TO REQUEST FOR MEDIATION |
| 13 | Defendants. | |
| 14 | | (Doc. 71) |
| 15 | HAGERTY INSURANCE AGENCY, LLC, et al., | |
| 16 | Defendants/Cross-Complainants, | **SEVEN-DAY DEADLINE** |
| 17 | v. | |
| 18 | RAY GIBSON, JUDY SLACK and ROES 1 through 10, | |
| 19 | Cross-Defendants. | |

On March 19, 2018, the Court stayed this action for thirty (30) days for the sole purpose of allowing Plaintiff/Cross-Defendant Ray Gibson to retain substitute counsel to represent him in this action. The Court also directed Mr. Gibson to either retain new counsel and filed a proper notice for substitution or dismiss his action against defendants. Mr. Gibson was cautioned that the failure to comply with the Court's order would result in an order to show cause as to why the Court should not dismiss his case in its entirety. (Doc. 68.)

1

On April 20, 2018, at Mr. Gibson's request, the Court extended the stay an additional thirty (30) days to May 19, 2018. Mr. Gibson again was directed to either retain new counsel and file a proper notice for substitution or notify the Court of his request to dismiss the action against Defendants. Plaintiff also was cautioned that his failure to comply would result in an order to show cause as to why the Court should not dismiss his case in its entirety. (Doc. 70.)

On May 21, 2018, Plaintiff/Cross-Defendant Ray Gibson and Cross-Defendant Judy Slack filed a response to the Court's April 20, 2018 order. In the response, they request mediation of this action, if possible. (Doc. 71.)

Prior to issuing any Order to Show Cause as to why Plaintiff Ray Gibson's case should not be dismissed in its entirety, the Court HEREBY DIRECTS Defendants Hagerty Insurance Agency and Essentia Insurance Company to file and serve a reply, **within seven (7) days** from the date of this order, to the request for mediation. Defendants' reply should not exceed five (5) pages.

IT IS SO ORDERED.

Dated: **May 23, 2018**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE